UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BYRON CHAPMAN, | ) | CIV. S-05-890 GEB GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| THE PHYSICAL THERAPY CLINICS, | ) | CONFERENCE |
| INC., ERIC ODEGUARD; ARTHUR I. | ) | |
| DUBLIRER and DOROTHY DUBLIRER, | ) | |
| Trustees of the DUBLIRER TRUST; | ) | |
| | ) | |
| Defendants. | ) | |

On June 27, 2005, Plaintiff filed a request to continue the Status (Pretrial Scheduling) Conference, stating that the defendants "have been served . . . but have not yet appeared." The Status Conference is continued to August 8, 2005, at 9:00 a.m. A joint status conference report shall be filed no later than July 25, 2005.[1]

IT IS SO ORDERED.

Dated: June 29, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1 | United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28